## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| JIMMIE LEE CRUM,<br>AIS #231138,<br>    Petitioner,<br><br>v.<br><br>DEBORAH TONEY, *Warden,*<br>*Limestone Correctional Facility*,<br>    Respondent. | )<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 18-00425-JB-N<br>)<br>)<br>)<br>) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 19) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(R), and dated February 17, 2022, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Jimmie Lee Crum's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Doc. 6) is **DISMISSED with prejudice.** Further, the Court finds that Crum is not entitled to either a Certificate of Appealability or to appeal *in forma pauperis*. Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 10th day of March, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE